Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

GUSTAV H. KNAUTH, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARTIN LOWY, Respondent, v. LONDON GUARANTEE AND ACCIDENT CO., LTD., Appellant, and Another, Defendant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHANNA OSTERTAG and GERTRUDE OSTERTAG, Appellants, Respondents, v. ANNA SLIVE, Respondent, Appellant.— Motion to resettle order denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BECKER, Appellant.— Motion to extend time to argue appeal granted on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, Appellant. JENNIE LAURA J. STARKE-BELKNAP, Respondent, and Others, Defendants. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, Respondent, v. JENNIE LAURA J. STARKE-BELKNAP and THE NEW YORK CENTRAL RAILROAD COMPANY, Respondents, Appellants. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.

EDWARD C. QUIGG and ELIZA C. QUIGG, Appellants, v. GEORGE K. TREADWAY, NANCE MORGAN GROTECLOSS, ROSE QUINLAN and MAUDE A. QUINLAN, Respondents.— Motion to dismiss appeal dismissed, without costs. Affirmance of the order, as modified, in Quigg v. Treadway (post, p. 739), decided herewith, renders unnecessary a determination of this motion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

JAMES QUINN, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LEONARD KIP RHINELANDER, Appellant, v. ALICE JONES RHINELANDER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

LOUIS SAVARESE and Another, Respondents, v. CROWN CEMENT BLOCK COMPANY, INC., Defendant. EDWARD F. JAMES, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached;